UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK NOEL THAYER, | : | Case No. 1:25-cv-615 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Douglas R. Cole |
| vs. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| WARDEN, NORTH CENTRAL | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

**REPORT AND RECOMMENDATION**

Petitioner, an inmate at the North Central Correctional Institution, has filed a motion for leave to proceed *in forma pauperis* in connection with a Petition for a writ of habeas corpus brought under 28 U.S.C. § 2254. (Doc. 1).

On September 2, 2025, Petitioner filed a Response to a Notice of Deficiency suggesting that his finances had changed since filing his initial *in forma pauperis* application. (Doc. 3). The Court issued an Order indicating that if Petitioner wanted the Court to consider changes in his finances he was ordered to file an updated motion for leave to proceed *in forma pauperis* within thirty (30) days. (Doc. 4). To date, more than thirty (30) days after the September 9, 2025 Order, Petitioner has not filed an updated *in forma pauperis* motion. On October 1, 2025, Petitioner filed a Response indicating that he had requested funds from the prison cashier and intended to pay the filing fee. (Doc. 5). To date, however, Petitioner has not paid the filing fee in this case.

The total filing fee due in this habeas corpus action is $5.00. Petitioner's application reveals that as of August 14, 2025, he had $22.17 on account to his credit and average monthly deposits of $26.00. (*See* Doc. 1 at PageID 14). The application thus demonstrates that Petitioner

has sufficient funds available to pay the full $5.00 filing fee in order to institute this action. Accordingly, it is **RECOMMENDED** that petitioner's application for leave to proceed *in forma pauperis* (Doc. 1) be **DENIED** and petitioner be ordered to pay the full filing fee of $5.00 within **thirty (30) days.**

Petitioner should also be notified that his failure to pay the full filing fee within thirty days will result in the dismissal of this action for want of prosecution.

**IT IS SO RECOMMENDED.**


Date: October 27, 2025            /s/Kimberly A. Jolson
                                  KIMBERLY A. JOLSON
                                  UNITED STATES MAGISTRATE JUDGE


**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).